IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| Robert Guillory,<br><br>        Plaintiff,<br><br>    v.<br><br>Hollywoodlife.com, LLC,<br><br>        Defendants. | Case No. 3:22-cv-1264-OAW |

**CONSENT MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendant HollywoodLife.com, LLC ("HollywoodLife") submits this motion seeking an extension of time to answer or otherwise respond to Plaintiff's Complaint. Plaintiff Robert Guillory, has consented to this extension. There have been no other extension requests. In support of the requested relief, HollywoodLife states:

1.     On October 11, 2022, Plaintiff filed a complaint in this Court, asserting claims against HollywoodLife for direct copyright infringement. *See* Compl., ECF No. 1. Plaintiff's claims generally arise from the display of two photographs allegedly registered to him on Defendant's website. *See id.*

2.     Plaintiff served HollywoodLife through its authorized agent on October 18, 2022. Defendant's initial deadline to answer or otherwise respond was November 8, 2022. ECF No. 8.

3.     One of Defendant's counsel conferred with Plaintiff's counsel regarding the substance of the infringement claim on October 18 and 19, 2022 via phone call and email in an attempt to promptly settle the matter.

4. On October 20, 2022 HollywoodLife and Plaintiff agreed to a 30-day extension of time for HollywoodLife to respond to the Complaint.

5. Pursuant to that agreement, HollywoodLife's deadline to answer or otherwise respond to the Complaint would be extended to December 8, 2022.

For the foregoing reasons, HollywoodLife respectfully requests that the Court grant a 30-day extension, up to and including December 8, 2022, for HollywoodLife to answer or otherwise respond to Plaintiff's Complaint.

Dated:  November 9, 2022

Respectfully submitted,

By:  */s/ David A. Schulz*
David A. Schulz (Bar No.439467)
schulzd@ballardspahr.com
Lynn B. Oberlander (*pro hac vice* forthcoming)
oberlanderl@ballardspahr.com
BALLARD SPAHR, LLP
1675 Broadway, 19th Fl.
New York, NY 10019
Tel: (212) 223-0200
Fax: (212) 223-1942

*Counsel for Defendant HollywoodLife.com, LLC*